IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

09 CIV 1400

| | |
|---|---|
| TRADECOMET.COM, LLC,<br><br>          Plaintiff<br><br>v.<br><br>GOOGLE, INC.,<br><br>          Defendant | CIVIL ACTION NO. _____<br><br>JUDGE BUCHWALD |

**PLAINTIFF TRADECOMET.COM, LLC'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff TradeComet.com, LLC makes the following disclosures:

1. TradeComet.com, LLC has no parent corporation.

2. No publicly held entity owns more than 10% of TradeComet.com, LLC.

Respectfully submitted,

TradeComet.com, LLC

By: _____
Joseph J. Bial

CADWALADER, WICKERSHAM & TAFT LLP
1201 F St. NW
Washington, DC 2004
Tel:  (202) 862-2200
Fax:  (202) 862-2400