IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TRADECOMET.COM LLC,** | CASE NO. 09-cv-1400 (NRB) |
| **Plaintiff** | |
| | **NOTICE OF APPEARANCE** |
| v. | |
| **GOOGLE INC.,** | |
| **Defendant** | |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel of record in this case for Plaintiff TradeComet.com LLC.

I certify that I am admitted to practice in this court.

Dated: February 20, 2009

Respectfully Submitted,

/s/ Daniel J. Howley
Daniel J. Howley
Cadwalader, Wickersham & Taft, LLP
1201 F St. NW
Washington, DC 20004
Tel:   (202) 862-2200
Fax:  (202) 862-2400