IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **TRADECOMET.COM LLC,** | : | CASE NO. 09-cv-1400 (NRB) |
| **Plaintiff** | : | |
| | : | **NOTICE OF APPEARANCE** |
| v. | : | |
| **GOOGLE INC.,** | : | |
| **Defendant** | : | |

PLEASE TAKE NOTICE that Joseph J. Bial of the law firm Cadwalader, Wickersham & Taft LLP hereby appears in this action as counsel for the Plaintiff TradeComet.com LLC and requests that all papers in this action be served upon, and all communications directed to, the undersigned at the address provided below.

Dated: February 20, 2009

                                         Respectfully Submitted,

                                         /s/ Joseph J. Bial
                                         Joseph J. Bial
                                         Cadwalader, Wickersham & Taft, LLP
                                         1201 F St. NW
                                         Washington, DC 20004
                                         Tel:    (202) 862-2200
                                         Fax:   (202) 862-2400