**JUDGE BUCHWALD**

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

TradeComet.com LLC

V.

Google Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**09 CIV 1400**

TO: (Name and address of Defendant)

Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

c/o
Corporation Service Co.
80 State Street
Albany, NY 12207-2543

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Bial
Cadwalader, Wickersham & Taft LLP
1201 F Street N.W.
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FEB 1 7 2009

J. MICHAEL McMAHON
CLERK

DATE

(By) DEPUTY CLERK

United States District Court  
Southern District of New York

Affidavit of Service

---

TradeComet.com LLC

Plaintiff(s)

vs

Index # :09CIV1400

Google Inc.

Defendant(s)

---

State of New York  
County of Albany  ss.

Michelle Relyea, being duly sworn, deposes and says that she is over the age of eighteen (18) years, is not a party in this action and resides in the State of New York; That on the 18th day of February, 2009 she served the:

Summons in a Civil Action & Complaint  
ON  
Google Inc.

by delivering to and leaving with, Chad Matice an employee of the office of the Secretary of State of the State of New York in the City of Albany, New York, Two (2) copies thereof, and at the time of making said service, deponent paid the said Secretary of State of New York a fee of $40.00. That said service was made pursuant to Section 306 of the Business Corporation Law of the State of New York.

Deponent further says that she knew the person so served as aforesaid in the Office of the Secretary of State of the State of New York to be duly authorized by law to accept such service on behalf of the named defendant.

_____ *Michelle Relyea*
Michelle Relyea

Sworn to before me this
20 day of February, 2009

*Kimberly M. Kelly*
_____

KIMBERLY M. KELLY
Notary Public, State of New York
No. 01KE6126452
Qualified in Saratoga County
Commission Expires May 09 20 09