Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

*Counsel for Defendant Google Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRADECOMET.COM LLC, <br><br> Plaintiff, <br><br> - *v*. - <br><br> GOOGLE INC., <br><br> Defendant. | ECF Case <br><br> Case No. 1:09-CV-01400-NRB <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:

Please enter my appearance as counsel in this case for Defendant Google Inc. I certify that I am admitted to practice in this Court.

Dated: February 26, 2009

/s/ Sara Ciarelli Walsh
Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 497-7759
Fax: (212) 999-5899
SWalsh@wsgr.com

*Counsel for Defendant Google Inc.*