Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

*Counsel for Defendant Google Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADECOMET.COM LLC,

        Plaintiff,

- *v*. -

GOOGLE INC.,

        Defendant.

ECF Case

Case No. 1:09-CV-01400-NRB

## NOTICE OF CHANGE OF FIRM ADDRESS

    Please take notice, on September 18, 2006, Wilson Sonsini Goodrich & Rosati, Professional Corporation, Counsel for Google Inc. in the above captioned matter, changed its address to:

        Wilson Sonsini Goodrich & Rosati
        Professional Corporation
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019

    The Firm's telephone number (212-999-5800) and fax number (212-999-5899) have not changed.

Dated:    New York, New York
          February 26, 2009

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation

        By:   /s/ Sara Ciarelli Walsh
        Sara Ciarelli Walsh
        1301 Avenue of the Americas, 40th Floor
        New York, New York 10019
        Tel.:  (212) 497-7759
        Fax:  (212) 999-5899

        *Counsel for Defendant Google Inc.*