Chul Pak
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

*Counsel for Defendant Google Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRADECOMET.COM LLC, | ECF Case |
| Plaintiff, | |
| - *v*. - | Case No. 1:09-CV-01400-NRB |
| GOOGLE INC., | **NOTICE OF APPEARANCE** |
| Defendant. | |

TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:

    Please enter my appearance as counsel in this case for Defendant Google Inc. I certify that I am admitted to practice in this Court.

Dated: February 27, 2009         /s/ Chul Pak

Chul Pak
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel: (212) 497-7726
Fax (212) 999-5899
CPak@wsgr.com

*Counsel for Defendant Google Inc.*