# United States District Court
## Southern District of New York
## Office of the Clerk
## U.S. Courthouse
## 500 Pearl Street, New York, N.Y. 10007-1213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**TRADECOMET. COM LLC**

**V.**

**GOOGLE**                                    **NOTICE OF REASSIGNMENT**
                                              **OF A CIVIL CASE**

                                              **09 cv 1400**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

　　　　Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

### JUDGE STEIN

　　　　All future documents submitted in this action are to be presented in the Clerk's Office of the Southern District Court for filing and shall bear the assigned judge's initials after the case number.

　　　　The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

　　　　　　　　　　　　　　　　　　　　　　　　J. Michael McMahon, CLERK

**Dated: 2/27/09**

                                              By:   *Adelaida Martinez*
                                                    **Deputy Clerk**

cc: Attorneys of Record
PS REASSIGNMENT FORM

Data Quality Control
Revised:  March 9, 2001