
### United States District Court
### Southern District Of New York

| | |
|---|---|
| TRADECOMET.COM LLC, | ) |
| Plaintiff, | ) Docket No.: 09-CV-1400 (SHS) |
| v. | ) |
| GOOGLE INC., | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| Defendant. | ) |

WHEREAS, Plaintiff TradeComet.com LLC filed this action against Defendant Google Inc. on February 17, 2009;

WHEREAS, this action was assigned to Judge Naomi Reice Buchwald for adjudication;

WHEREAS, Judge Buchwald's Individual Practices require a pre-motion letter and conference prior to the filing of any motion that is not related to discovery;

WHEREAS, according to the date of service of the complaint, Defendant's pre-motion letter was due by March 10, 2009;

WHEREAS, the filing of a pre-motion letter stays Defendant's time to answer or otherwise respond to the complaint until otherwise directed by the Court;

WHEREAS, Judge Buchwald has recused herself from this action;

WHEREAS, on March 2, 2009, this action was reassigned to Judge Sidney H. Stein;

WHEREAS, Judge Stein's Individual Practices do not require a pre-motion conference or pre-motion letter;

WHEREAS, Defendant has not sought any other extensions of time to answer or otherwise respond;

TradeComet.Com LLC v. Google, Inc          Doc. 12

THEREFORE, Plaintiff and Defendant agree that, Google will have until April 7, 2009, to respond to the complaint (a 28-day extension of time).

Dated: March 2, 2009

CADWALADER, WICKERSHAM & TAFT LLP

*Joseph J. Bial/scw*

Charles F. Rule
Jonathan Kanter
Joseph J. Bial
Daniel J. Howley
1201 F Street NW
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

*Attorneys for Plaintiff*

WILSON SONSINI GOODRICH & ROSATI, P.C.

Jonathan M. Jacobson
Chul Pak
Sara Ciarelli Walsh
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700
Facsimile: (212) 999-5899

*Attorneys for Defendant*

SO ORDERED 3/3/09

SIDNEY H. STEIN
U.S.D.J.