UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TradeComet.com LLC       Plaintiff,

- against -

09 cv 1400 (NRB)

Google Inc.          Defendant.

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph J. Bial a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Jonathan S. Kanter
Cadwalader, Wickersham & Taft
1201 F. Street, NW
Washington, DC 20004
(202) 862-2200
(202) 862-2400

Jonathan S. Kanter is a member in good standing of the Bar of the States of

New York and the District of Columbia.

There are no pending disciplinary proceeding against Jonathan S. Kanter in any State or Federal court.

Dated: 2/24/2009
Washington, DC

Respectfully submitted,

Joseph J. Bial
JB2391
Cadwalader, Wickersham & Taft LLP
1201 F. Street, NW
Washington, DC 20004
(202) 862-2200
(202) 862-2400

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TRADECOMET.COM LLC,** : | CIVIL ACTION NO. 09-cv-1400 |
| **Plaintiff** : | |
| : | **AFFIDAVIT OF** |
| v. : | **JOSEPH J. BIAL** |
| : | **IN SUPPORT OF MOTION** |
| **GOOGLE INC.,** : | **TO ADMIT COUNSEL** |
| : | **PRO HAC VICE** |
| **Defendant** : | |

Joseph J. Bial, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Cadwalader, Wickersham & Taft LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jonathan Kanter as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I first met Jonathan Kanter in 2003 and have worked with him since June 2007.

4. Mr. Kanter is a partner at Cadwalader, Wickersham & Taft LLP in Washington, DC.

5. I have found Mr. Kanter to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Jonathan Kanter, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Jonathan Kanter, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Jonathan Kanter, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 20, 2009
City, State: Washington, DC
Notarized:

Respectfully submitted,

_____
Joseph J. Bial
SDNY Bar Code: JB2391



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

JONATHAN S. KANTER

was on the 6TH day of AUGUST, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 20, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

---

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jonathan S. Kanter

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of June, 1999**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **24th day of February, 2009**.



_____
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADECOMET.COM LLC,

                        Plaintiff,

-v-

GOOGLE INC.,

                        Defendant.

Case No. 09 CV 1400 (NRB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK:
                  : SS
COUNTY OF NEW YORK:

      Roddie Don Daniels, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281.

2.    On the 27th day of February, 2009, I served a true and correct copy of the

- Motion to Admit Counsel Pro Hac Vice

by depositing true copies thereof enclosed in an official depository under the exclusive care and custody of the US Postal Service within New York State, addressed to the following:

Google, Inc.
1600 Amphitheatre Parkway
Mountain View, California 94043

                                                                      Roddie Don Daniels

Sworn to before me on this
27th day of February, 2009

DAVID MOURA JR.
NOTARY PUBLIC, State of New York
No. 01MO6164826
Qualified in Essex County
Commission Expires October 5, 2010

USActive 15571534.1