UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TradeComct.com LLC     Plaintiff,

- against -

Google Inc.     Defendant.

09 cv 1400 (NRB)

MOTION TO ADMIT COUNSEL
PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph J. Bial a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Charles F. Rule
    Cadwalader, Wickersham & Taft
    1201 F. Street, NW
    Washington, DC 20004
    (202) 862-2200
    (202) 862-2400

Charles F. Rule is a member in good standing of the Bar of the States of

the District of Columbia

There are no pending disciplinary proceeding against Charles F. Rule in any State or Federal court.

Dated: 2/24/2009
Washington, DC

Respectfully submitted,

Joseph J. Bial
JB2391
Cadwalader, Wickersham & Taft LLP
1201 F. Street, NW
Washington, DC 20004
(202) 862-2200
(202) 862-2400

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **TRADECOMET.COM LLC,** | : | CIVIL ACTION NO. 09-cv-1400 |
| Plaintiff | : | |
| | : | **AFFIDAVIT OF** |
| v. | : | **JOSEPH J. BIAL** |
| | : | **IN SUPPORT OF MOTION** |
| **GOOGLE INC.,** | : | **TO ADMIT COUNSEL** |
| | : | **PRO HAC VICE** |
| Defendant | : | |

Joseph J. Bial, being duly sworn, hereby deposes and says as follows:

1. I am an associate at Cadwalader, Wickersham & Taft LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Charles F. Rule as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I first met Charles F. Rule in 2003 and have worked with him since June 2007.

4. Mr. Rule is a partner at Cadwalader, Wickersham & Taft LLP in Washington, DC.

5. I have found Mr. Rule to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Charles F. Rule, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Charles F. Rule, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Charles F. Rule, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: February 20, 2009
City, State: Washington, DC
Notarized:

Respectfully submitted,

_____
Joseph J. Bial
SDNY Bar Code: JB2391

# UNITED STATES DISTRICT COURT
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certificate that:

**CHARLES F. RULE**

was on the 4th day of April A.D. 1993 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington on this 20th of February A.D. 2009

**NANCY M. MAYER-WHITTINGTON,** CLERK



By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

TradeComet.com LLC    Plaintiff,

- against -

Google Inc.            Defendant.

09 cv 1400

**ORDER FOR ADMISSION**

**PRO HAC VICE ON**

**WRITTEN MOTION**

Upon the motion of Joseph J. Bial attorney for TradeComet.com LLC and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED** that

Charles F. Rule
Cadwalader, Wickersham & Taft
1201 F. Street, NW
Washington, DC 20004
(202) 862-2200
(202) 862-2400

is admitted to practice pro hac vice as counsel for TradeComet.com LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:

United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRADECOMET.COM LLC,<br><br>                              Plaintiff,<br><br>-v-<br><br>GOOGLE INC.,<br><br>                              Defendant. | Case No. 09 CV 1400 (NRB)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK:
                        : SS
COUNTY OF NEW YORK:

        Roddie Don Daniels, being duly sworn, deposes and says:

        1.     I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, NY 10281.

        2.     On the 27th day of February, 2009, I served a true and correct copy of the

- Motion to Admit Counsel Pro Hac Vice

by depositing true copies thereof enclosed in an official depository under the exclusive care and custody of the US Postal Service within New York State, addressed to the following:

        Google, Inc.
        1600 Amphitheatre Parkway
        Mountain View, California 94043

                                                                       _____
                                                                         Roddie Don Daniels

Sworn to before me on this
27th day of February, 2009

_____

DAVID MOURA JR.
NOTARY PUBLIC, State of New York
No. 01MO6004286
Qualified in Bronx County
Commission Expires October 6, 2010

USActive 15571534.1