United States District Court

Southern District Of New York

| | |
|---|---|
| TRADECOMET.COM LLC, | ) |
| Plaintiff, | ) Docket No.: 09-CV-1400 (SHS) |
| v. | ) |
| GOOGLE INC., | ) **CORPORATE DISCLOSURE STATEMENT** |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc., by and through its undersigned counsel, states that it is publicly traded on the New York Stock Exchange, and no publicly traded company owns 10% or more of its stock.

Dated: March 10, 2009

WILSON SONSINI GOODRICH & ROSATI, P.C.

/s/
Jonathan M. Jacobson
Chul Pak
Sara Ciarelli Walsh
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700
Facsimile: (212) 999-5899

*Attorneys for Defendant*