USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TradeComet.com LLC     Plaintiff,

    - against -

Google Inc.     Defendant.

09 cv 1400 (JHS)

ORDER FOR ADMISSION

PRO HAC VICE ON

WRITTEN MOTION

Upon the motion of Joseph J. Bial attorney for TradeComet.com LLC and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED** that

> Jonathan S. Kanter
> Cadwalader, Wickersham & Taft
> 1201 F. Street, NW
> Washington, DC 20004
> (202) 862-2200
> (202) 862-2400

is admitted to practice pro hac vice as counsel for TradeComet.com LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3/9/09

_____
United States District ~~Magistrate~~ Judge

TradeComet.Com LLC v. Google, Inc.　　　Doc. 16

FOR OFFICE USE ONLY   FEE PAID $   SDNY RECEIPT#