JONATHAN M. JACOBSON
CHUL PAK
SARA CIARELLI WALSH
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

SUSAN A. CREIGHTON, *Pro Hac Vice* (Pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

*Counsel to Defendant Google Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRADECOMET.COM LLC,<br><br>Plaintiff,<br><br>- v. -<br><br>GOOGLE INC.,<br><br>Defendant. | ECF Case<br><br>Case No. 1:09-CV-01400-NRB<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN A. CREIGHTON** |

PLEASE TAKE NOTICE that upon the annexed declaration of Sara Ciarelli Walsh and all exhibits appended thereto, Defendant Google Inc. ("Defendant") will move this Court before the Honorable Sidney H. Stein at the United States Courthouse for the Southern District of New York on March 6, 2009 for an order pursuant to Local Civil Rule 1.3 admitting Susan A. Creighton, a partner at the law firm of Wilson Sonsini Goodrich & Rosati, P.C. and a member in good standing of the Bar of the State of California and the Bar of the State of District of Columbia, to appear *pro hac vice* in the above-captioned action on behalf of Defendant. There are no pending disciplinary proceedings against Ms. Creighton in any state or federal court.

JONATHAN M. JACOBSON
SARA CIARELLI WALSH
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

SUSAN A. CREIGHTON, *Pro Hac Vice* (Pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

*Counsel to Defendant Google Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRADECOMET.COM LLC,<br><br>                   Plaintiff,<br><br>- against -<br><br>GOOGLE INC.,<br><br>                   Defendant. | ECF Case<br><br>Case No. 1:09-CV-01400-NRB<br><br>**DECLARATION OF SARA CIARELLI WALSH IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN A. CREIGHTON** |

I, Sara Ciarelli Walsh, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an associate with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., which is counsel to Defendant Google Inc. ("Defendant") in the above-captioned action. I was admitted to practice before this Court on January 25, 2005 under the name Sara Beth Ciarelli and have notified the Court of my name change.

2. I submit this declaration in support of Defendant's motion for the *pro hac vice* admission of Susan A. Creighton.

3.  Ms. Creighton is a partner with the firm of Wilson Sonsini Goodrich & Rosati, P.C. in Washington, DC, and, upon information and belief, is a member in good standing of the Bar of the State of California and the Bar of the State of District of Columbia.

4.  Attached hereto as Exhibit A is a Certificate of Good Standing for Ms. Creighton from the State Bar of California, which was issued within thirty days of this affidavit.

5.  Attached hereto as Exhibit B is a Certificate of Good Standing for Ms. Creighton from the State Bar of the District of Columbia, which was issued within thirty days of this affidavit.

6.  Defendant respectfully requests that Susan A. Creighton be granted admission *pro hac vice* in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: March 9, 2009

Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Counsel to Defendant Google Inc.*



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### SUSAN ABOUCHAR CREIGHTON

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that **SUSAN ABOUCHAR CREIGHTON** was on the 21st day of August 1988 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 2d day of March, 2009.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By *[signature]*
Joseph Cornetta, Deputy Clerk



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

SUSAN A. CREIGHTON

was on the 11TH day of JANUARY, 2008 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 3, 2009.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

JONATHAN M. JACOBSON
CHUL PAK
SARA CIARELLI WALSH
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

SUSAN A. CREIGHTON, *Pro Hac Vice* (Pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

*Counsel to Defendant Google Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRADECOMET.COM LLC,<br><br>Plaintiff,<br><br>- against -<br><br>GOOGLE INC.,<br><br>Defendant. | ECF Case<br><br>Case No. 1:09-CV-01400-NRB<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN A. CREIGHTON** |

THIS MATTER having been brought before the Court by Defendant Google Inc. for an order pursuant to Local Civil Rule 1.3 admitting Susan A. Creighton to appear and participate *pro hac vice* in this action on behalf of Defendant Google Inc. and for good cause shown;

IT IS on this ___ day of March, 2009;

ORDERED that Susan A. Creighton, being a member in good standing of the Bar of the State of California and the Bar of the State of District of Columbia, be permitted to appear *pro hac vice* in the above-captioned matter.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

_____<br>
Hon. Sidney H. Stein<br>
United States District Judge

# CERTIFICATE OF SERVICE

I, Sara Ciarelli Walsh, hereby certify that true and correct copies of the foregoing NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF SUSAN A. CREIGHTON; DECLARATION OF SARA CIARELLI WALSH IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF SUSAN A. CREIGHTON; AND [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF SUSAN A. CREIGHTON were served this 9th day of March, 2009, via overnight courier, on the following:

Charles F. Rule
Jonathan Kanter
Joseph J. Bial
Daniel J. Howley
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, NW
Washington, DC 20004
Tel.: (202) 862-2200

Sara Ciarelli Walsh
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Counsel for Defendant Google Inc.*