TradeComet.Com LLC v. Google, Inc. Doc. 19

JONATHAN M. JACOBSON
CHUL PAK
SARA CIARELLI WALSH
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

SUSAN A. CREIGHTON, *Pro Hac Vice* (Pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

*Counsel to Defendant Google Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRADECOMET.COM LLC,<br><br>              Plaintiff,<br><br>- against -<br><br>GOOGLE INC.<br><br>              Defendant. | ECF Case<br><br>Case No. 1:09-CV-01400-~~NRB~~ SAS<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF SUSAN A. CREIGHTON |

THIS MATTER having been brought before the Court by Defendant Google Inc. for an order pursuant to Local Civil Rule 1.3 admitting Susan A. Creighton to appear and participate *pro hac vice* in this action on behalf of Defendant Google Inc. and for good cause shown;

IT IS on this ___ day of March, 2009;

ORDERED that Susan A. Creighton, being a member in good standing of the Bar of the State of California and the Bar of the State of District of Columbia, be permitted to appear *pro hac vice* in the above-captioned matter.

- 1 -

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

3/13/09 — SO ORDERED

Hon. Sidney H. Stein
United States District Judge