USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRADECOMET.COM LLC,  :  09 Civ. 1400 (SHS)

           Plaintiff,  :

  -against-  :  ORDER

GOOGLE, INC.,  :

           Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judges.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Any document demands plaintiff serves on defendant shall be returnable within 10 days;

    2.    Defendant shall move to dismiss the complaint for improper venue or lack of jurisdiction based on improper venue on or before March 31, 2009;

    3.    Plaintiff's opposition to the motion is due on or before April 15, 2009; and

    4.    Defendant's reply to its motion is due on or before April 22, 2009.

Dated: New York, New York
       March 17, 2009

SO ORDERED:

*[signature]*

Sidney H. Stein, U.S.D.J.

TradeComet.Com LLC v. Google, Inc.    Doc. 20