# United States District Court
# Southern District of New York

| | |
|---|---|
| TRADECOMET.COM LLC, )  | |
| )   | |
| Plaintiff, ) | Docket No.: 09-CV-1400 (SHS) |
| )   | |
| v. ) | NOTICE OF MOTION |
| )   | |
| GOOGLE INC., ) | ORAL ARGUMENT REQUESTED |
| )   | |
| Defendant. )   | |
| )   | |

PLEASE TAKE NOTICE that, upon the annexed memorandum of law and the declaration of Heather Wilburn and all exhibits appended thereto, Defendant Google Inc., will move this Court before the Honorable Sidney H. Stein at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 23A, New York, New York, on a date to be set by the Court, for an Order granting Defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(3), for lack of jurisdiction and for improper venue, and for such other relief as the Court may deem proper.

Dated: March 31, 2009

*/s/ Jonathan M. Jacobson*

Jonathan M. Jacobson
Susan A. Creighton
Chul Pak
Sara Ciarelli Walsh
Wilson Sonsini Goodrich & Rosati, P.C.
1301 Avenue of the Americas
40th Floor
New York, New York  10019
(212) 497-7700 (Telephone)
(212) 999-5899  (Telecopier)

*Attorneys for Defendant, Google Inc.*