## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of this Court, hereby certifies that on March 31 2009, pursuant to prior agreement between the parties regarding service, she did personally cause to be served a copy of Defendant Google Inc.'s Notice of Motion, Memorandum of Law In Support of Its Motion to Dismiss Based on Lack of Subject Matter Jurisdiction and Improper Venue, and supporting attachments and exhibits by electronic mail to the following:

Charles F. Rule
Rick.Rule@cwt.com

Joseph Bial
Joseph.Bial@cwt.com

Jonathan Kanter
Jonathan.Kanter@cwt.com

Daniel Howley
Daniel.Howley@cwt.com

Dated: March 31, 2009

Sara Ciarelli Walsh
1301 Avenue of the Americas
40th Floor
New York, New York 10019
(212) 497-7759 (Telephone)
(212) 999-5899 (Facsimile)