# United States District Court
# Southern District of New York

TRADECOMET.COM LLC, )
)
    Plaintiff, )
) Docket No.: 09-CV-1400 (SHS)
v. )
) DECLARATION OF SARA CIARELLI
) WALSH IN SUPPORT OF
GOOGLE INC., ) DEFENDANT'S MOTION TO
) DISMISS
    Defendant. )
)

I, Sara Ciarelli Walsh, declare as follows:

1. I am an associate at the law firm Wilson Sonsini Goodrich & Rosati, Professional Corporation, counsel for Google Inc. ("Google") in this matter, and am admitted to practice before the Court.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Response to Defendant's First Request for Production of Documents.

3. Attached hereto as Exhibit B is a true and correct copy of excerpted pages of the transcript of the Deposition of Heather Wilburn, which took place on April 13, 2009.

4. Attached hereto as Exhibit C is a true and correct copy of the Declaration of Daniel D. Savage In Support of Plaintiffs' Opposition to Google's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) filed in *Kinderstart.com LLC v. Google, Inc.*, 5:06-02057 (JF) (N.D. Cal.).

5. Attached as Exhibit D is a true and correct copy of a printout provided to me by Google, based on an account number identified in Plaintiff's Response to Defendant's First Request for Production of Documents.

6. Attached hereto as Exhibit E is a true and correct copy of a printout provided to me by Google, based on an account number identified in Plaintiff's Response to Defendant's First Request for Production of Documents.

Dockets.Justia.com

7. Attached hereto as Exhibit F is a true and correct copy of a printout provided to me by Google, based on an account number identified in Plaintiff's Response to Defendant's First Request for Production of Documents.

8. Attached hereto as Exhibit G is a true and correct copy of a printout provided to me by Google that shows details of a "My Client Center" account.

9. Attached hereto as Exhibit H is a true and correct copy of a printout of a webpage published by Google, available at http://adwordsapi.blogspot.com/2006/09/new-google-advertising-program-terms.html.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: April 22, 2009
New York, New York

_____
Sara Ciarelli Walsh