# CERTIFICATE OF SERVICE

The undersigned, a member in good standing of this Court, hereby certifies that on April 22, 2009, pursuant to prior agreement between the parties regarding service, she did personally cause to be served a copy of the Reply Memorandum of Law In Support of Defendant Google's Motion to Dismiss Based on Lack of Subject Matter Jurisdiction and Improper Venue, and supporting attachments and exhibits by electronic mail to the following:

Charles F. Rule
Rick.Rule@cwt.com

Joseph Bial
Joseph.Bial@cwt.com

Jonathan Kanter
Jonathan.Kanter@cwt.com

Daniel Howley
Daniel.Howley@cwt.com


Dated: April 22, 2009

Sara Ciarelli Walsh
1301 Avenue of the Americas
40th Floor
New York, New York 10019
(212) 497-7759 (Telephone)
(212) 999-5899 (Facsimile)

Dockets.Justia.com