IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **TRADECOMET.COM LLC,** | : | CIVIL ACTION NO. 09-1400 (SHS) |
| **Plaintiff** | : | |
| v. | : | NOTICE OF MOTION |
| **GOOGLE INC.,** | : | |
| **Defendant** | : | |

PLEASE TAKE NOTICE that, upon the annexed memorandum of law, Plaintiff TradeComet.com LLC, will move this Court before the Honorable Sidney H. Stein at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 23A, New York, New York, on a date to be set by the Court, for an Order granting Plaintiff's Motion To Strike Exhibits D, E, F, G and H of the Declaration Of Sara Ciarelli Walsh, and for such other relief as the Court may deem proper.

Dated:  April 24, 2009          Respectfully Submitted,


      s/ Joseph J. Bial
Charles F. Rule
Jonathan Kanter
Joseph J. Bial
Daniel J. Howley
CADWALADER, WICKERSHAM & TAFT LLP
1201 F St. NW
Washington, DC 2004
Tel:  (202) 862-2200
Fax:  (202) 862-2400

*Attorneys for Plaintiff TradeComet.com LLC*