# CERTIFICATE OF SERVICE

The undersigned, a member in good standing of this Court, hereby certifies that on April 27, 2009, pursuant to prior agreement between the parties regarding service, she did personally cause to be served a copy of Google Inc.'s Memorandum Of Law In Opposition To TradeComet.com LLC's Motion To Strike Exhibits D, E, F, G, and H of the Walsh Declaration by electronic mail to the following:

Charles F. Rule
Rick.Rule@cwt.com

Joseph Bial
Joseph.Bial@cwt.com

Jonathan Kanter
Jonathan.Kanter@cwt.com

Daniel Howley
Daniel.Howley@cwt.com


Dated: April 27, 2009

Sara Ciarelli Walsh
1301 Avenue of the Americas
40th Floor
New York, New York 10019
(212) 497-7759 (Telephone)
(212) 999-5899 (Facsimile)

Dockets.Justia.com