UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRADECOMET.COM LLC,

            Plaintiff,

-v-

GOOGLE INC.,

            Defendant.

---

Case No. 09 CV 1400 (NRB)

## NOTICE OF CHANGE OF FIRM ADDRESS

Please take notice that effective July 6, 2009, Cadwalader, Wickersham & Taft LLP, Counsel for Plaintiff, Tradecomet.Com LLC, in the above-captioned matter, has changed its address to:

    Cadwalader, Wickersham & Taft LLP
    700 Sixth Street, N.W.
    Washington, DC 20001

The Firm's telephone number (202-862-2200) and fax number is (202-862-2400) will not change.

Dated: New York, New York
       August 4, 2009

                      CADWALADER, WICKERSHAM & TAFT LLP
                      By: _/s/ Daniel J. Howley_

                      Daniel J. Howley
                      700 Sixth Street, N.W.
                      Washington, DC 20001
                      (202) 862-2200
                      Counsel for Plaintiff TradeComet.Com LLC