UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADECOMET.COM LLC,

      Plaintiff,

-v-

GOOGLE INC.,

      Defendant.

Case No. 09 CV 1400 (NRB)

### NOTICE OF CHANGE OF FIRM ADDRESS

  Please take notice that effective July 6, 2009, Cadwalader, Wickersham & Taft LLP, Counsel for Plaintiff, Tradecomet.Com LLC, in the above-captioned matter, has changed its address to:

    Cadwalader, Wickersham & Taft LLP
    700 Sixth Street, N.W.
    Washington, DC 20001

  The Firm's telephone number (202-862-2200) and fax number is (202-862-2400) will not change.

Dated: New York, New York
   August 4, 2009

          CADWALADER, WICKERSHAM & TAFT LLP
         By:

         _Joseph J. Bial /MLS_____

         Joseph J. Bial
         700 Sixth Street, N.W.
         Washington, DC 20001
         (202) 862-2200
         Counsel for Plaintiff TradeComet.Com LLC