UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRADECOMET.COM LLC,

              Plaintiff,

-v-

GOOGLE INC.,

              Defendant.

Case No. 09 CV 1400 (NRB)

## NOTICE OF CHANGE OF FIRM ADDRESS

Please take notice that effective July 6, 2009, Cadwalader, Wickersham & Taft LLP, Counsel for Plaintiff, Tradecomet.Com LLC, in the above-captioned matter, has changed its address to:

        Cadwalader, Wickersham & Taft LLP
        700 Sixth Street, N.W.
        Washington, DC 20001

The Firm's telephone number (202-862-2200) and fax number is (202-862-2400) will not change.

Dated: New York, New York
        August 4, 2009

                      CADWALADER, WICKERSHAM & TAFT LLP
                      By: _____

                      Charles F. Rule
                      Admitted *Pro Hac Vice*
                      700 Sixth Street, N.W.
                      Washington, DC 20001
                      (202) 862-2200
                      Counsel for Plaintiff TradeComet.Com LLC