IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TRADECOMET.COM LLC,** | CIVIL ACTION NO. 09-cv-1400(SHS) |
| *Plaintiff* | |
| v. | Notice of Appeal |
| **GOOGLE INC.,** | |
| *Defendant* | |



Notice is hereby given that Tradecomet.com LLC, Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Court's Opinion and Order entered in this action on the 5th day of March 2010 (Dkt No. 38), and the Clerk's Final Judgment entered in this action on the 12th day of March (Dkt No. 39), granting Defendant's Motion to Dismiss based on lack of subject matter jurisdiction and improper venue.

Respectfully Submitted,

_____
Charles F. Rule
Jonathan Kanter
Joseph J. Bial
Daniel J. Howley
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Tel:   (202) 862-2200
Fax:   (202) 862-2400